NUMBER
13-05-405-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________


 

THE
STATE OF TEXAS,                                             Appellant,

 

                                           v.

 

FRANKLIN
BILLIMEK,                                                 Appellee.

_______________________________________________________  

                      On appeal from the County Court

                           of Lavaca
County, Texas.

_____________________________________________________      

                     MEMORANDUM OPINION

 

              Before Justices
Rodriguez, Castillo, and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, THE
STATE OF TEXAS, perfected an appeal from an order entered by the  County Court of Lavaca
County, Texas, in cause number 19302.  The clerk=s record was filed on July 29, 2005.  The reporter=s record was filed on July 13, 2005.  Appellant=s brief was due on August 29, 2005.  To date, no appellate brief has been
received.








On October
4, 2005, notice was given to all parties that this appeal was subject to
dismissal for want of prosecution.  The
State was given ten days to explain why the cause should not be dismissed for
failure to file a brief.  To date, no
response has been received from the State. 
Appellee has filed a motion to dismiss the appeal.

The Court, having
examined and fully considered the documents on file, the State=s  failure to file a proper appellate brief,
this Court=s notice, and appellee=s motion to dismiss
the appeal, is of the opinion that the appeal should be dismissed for want of
prosecution.  Appellee=s motion to dismiss
the appeal is GRANTED, and the appeal is hereby DISMISSED FOR WANT OF
PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 10th day of
November, 2005